

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00093-CR

The **STATE** of Texas,
Appellant

v.

Marcos Hingino **RAMOS DE LA CRUZ**,
Appellee

From the 111th District Court, Webb County, Texas
Trial Court No. 2022CVJ001413D2
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND RENDERED.

SIGNED September 17, 2025.

_____
Velia Meza, Justice